

# NUMBER 13-20-00540-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

## IN RE DOLGENCORP OF TEXAS INC.
## D/B/A DOLLAR GENERAL CORPORATION

## On Petition for Writ of Mandamus.

# ORDER

**Before Justices Benavides, Longoria, and Tijerina**
**Order Per Curiam**

Relator Dolgencorp of Texas Inc. d/b/a Dollar General Corporation filed a petition for writ of mandamus and a motion for temporary relief in the above cause. By petition for writ of mandamus, relator seeks to compel the trial court to (1) vacate its "Order Granting Petitioner's Verified Rule 202 Petition Seeking the Deposition of Corporate Representative of Respondent" of November 12, 2020, and (2) issue an order denying the Rule 202 Petition. *See* TEX. R. CIV. P. 202. By motion for temporary relief, relator seeks to stay all proceedings in the underlying matter pending resolution of this petition for writ of mandamus.

The Court, having examined and fully considered the motion for temporary relief, is of the opinion that it should be granted. Accordingly, we ORDER all trial court proceedings to be STAYED pending further order of this Court. *See* TEX. R. APP. P. 52.10. The Court requests that the real party in interest, Luciana Ramirez, or any others whose interest would be directly affected by the relief sought, file a response to the petition for writ of mandamus on or before the expiration of ten days from the date of this order. *See id.* R. 52.2, 52.4, 52.8.

IT IS SO ORDERED.

PER CURIAM

Delivered and filed the
4th day of January, 2021.